Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANTHONY MARRA, Employee, Respondent, for Compensation under the Workmen's Compensation Law, v. THE NASSAU ELECTRIC RAIL-

———

* Amd. by Laws of 1916, chap. 622. — [REP.
† Amd. by Laws of 1914, chap. 507. — [REP.

ROAD COMPANY, Employer and Self-Insurer, Appellant.— Award reversed and matter remitted to the Commission for its findings upon the question litigated, whether the present disability was or was not the result of the previous kidney trouble or was caused by and the result of the accident. All concur.